MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JANAKI GANDHI (CABN 272246)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7050
    Fax: (415) 436-7234
    Email: janaki.gandhi@usdoj.gov

Attorneys for the United States of America

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 13-811 CRB |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| MONICO LOPEZ LINARES, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: March 31, 2014

Respectfully submitted,

MELINDA HAAG
United States Attorney

J. DOUGLAS WILSON
Chief, Criminal Division

NOTICE OF DISMISSAL CR 13-811 CRB

1 | Leave is granted to the government to dismiss the indictment without prejudice.

DATED: 4/1/2014

THE HONORABLE CHARLES R. BREYER
United States District Judge

NOTICE OF DISMISSAL CR 13-811 CRB